UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1793 RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT D. CARRELL, Defendant, and WORTHINGTON GRAIN, Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Robert D. Carrell, Social Security Number, XXX-XX-3816, with the last known address of XXXX, Ellsworth, MN 56129.

The judgment was entered on November 15, 2001, for Student Loan defaults. The judgment was entered in the amount of $12,453.12, plus interest and costs.

As of November 15, 2006, after applying payments, if any, the balance on this judgment debt was $4,856.94 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from November 15, 2006, at a rate of 1.99% per annum.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has

SCANNED
NOV 30 2006
U.S. DISTRICT COURT MPLS

failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Worthington Grain, 1521 Joosten Road, Worthington, MN 56187

Dated: November 28, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600