UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1793 RHK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT D. CARRELL,<br><br>Defendant,<br><br>SHINE BROTHERS,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on November 8, 2006, is hereby released.

Dated: 12/28/06

s/Richard H. Kyle
Judge Richard H. Kyle
United States District Court