PAYMENT HISTORY REPORT

RUN DATE: 31-MAY-2007
FOR: 2001Z00456/001

DEBTOR: Carrell, Robert D.

COURT NUMBER: 01-1793 RHK

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0055 | PMNT | T | 27-APR-2007 | GR/G | Worthington Grain | MN /07/125 | 2963 | | | $500.57 | 27-APR-2007 |
| 0055 | PMNT | WA | 27-APR-2007 | GR/G | Worthington Grain | MN /07/125 | 2963 | | | $155.98 | 27-APR-2007 |
| 0056 | PMNT | WA | 27-APR-2007 | GR/G | Worthington Grain | MN /07/125 | 2980 | | | $218.85 | 27-APR-2007 |
| 0057 | PMNT | WA | 14-MAY-2007 | GR/G | Worthington Grain | MN /07/133 | 3020 | | | $218.85 | 14-MAY-2007 |
| 0060 | PMNT | WA | 24-MAY-2007 | GR/G | Worthington Grain | MN /07/140 | 3054 | | | $114.61 | 24-MAY-2007 |